UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MAGUIRE CORRECTIONAL FACILITY ET AL,<br><br>    Defendant(s). | No. C-14-03408 DMR<br><br>**ORDER TO SUBMIT NON-PRISONER IFP APPLICATION** |

On July 28, 2014, pro se Plaintiff Charles A. Brooks filed a complaint against Maguire Correctional Facility, along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] However, he submitted a Prisoner's IFP application, even though he is not presently incarcerated. [*See* Docket Nos. 6, 8 (subsequent Prisoner IFP applications).] Therefore, Plaintiff is directed to complete the enclosed non-Prisoner IFP application in its entirety and to file it by no later than **September 24, 2014.** In addition, the court notes that in the Prisoner IFP application submitted on August 22, 2014 (docket No. 8), Plaintiff indicated that his spouse is employed but he did not indicate the amount of her monthly salary, wages or income. Therefore, Plaintiff is directed to submit a complete IFP application and to provide a complete response to question 3.

IT IS SO ORDERED.

Dated: September 10, 2014

DONNA M. RYU
United States Magistrate Judge