UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. BROOKS,

    Plaintiff,

  v.

MAGUIRE CORRECTIONAL FACILITY, et al.,

    Defendants.

Case No. 14-cv-03408-DMR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. He has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkt. 3.

In an Order dated November 19, 2014, the Court directed Plaintiff to pay the $400.00 filing fee in full or to file a completed prisoner *in forma pauperis* ("IFP") application, including copies of his Certificate of Funds and prisoner trust account statement. Dkt. 11. Plaintiff was directed to do so within twenty-eight days of the date of that Order. He was also warned that the failure to do so would result in the dismissal of this action without prejudice.

In an Order dated January 12, 2015, the Court granted Plaintiff one final extension of time to either pay the full filing fee or submit the proper IFP application within twenty-eight days of the date of that Order. Dkt. 14. He was once again warned that the failure to do so would result in the dismissal of this action without prejudice.

It has now been more than twenty-eight days since the Court granted Plaintiff one final extension of time to comply with its instructions, and he has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or file a completed prisoner's IFP application. The Clerk of the Court shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: 3/16/2015

DONNA M. RYU
United States Magistrate Judge

P:\PRO-SE\DMR\CR.14\Brooks3408.DISIFP.docx